IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shenzhen Dejiayun Network Technology Co., Ltd., a Chinese Corporation<br><br>    Plaintiff,<br><br>    v.<br><br>The Partnerships And Unincorporated Associations Identified On Schedule "A"<br><br>    Defendants. | Case No. 21-cv-04249<br><br>Judge Sharon J. Coleman<br><br>Magistrate Judge Young B. Kim |

## ORDER RELEASING PLAINTIFFS' PRELIMINARY INJUNCTION BOND

 Pursuant to this Court's Temporary Restraining Order, issued on August 18, 2021 Plaintiffs posted a bond in the amount of $10,000.00, ten thousand dollars, to the Clerk of the United States District Court, Northern District of Illinois Eastern Division, on August 20, 2021. The bond was ordered to remain until the termination of this case pursuant to the Preliminary Injunction Order, issued on September 15, 2021.

 Whereas the Preliminary Injunction Order expired contemporaneously with the dismissal of the last Defendant on November 29, 2021, the Court therefore orders that the Clerk of Court tender the $10,000 bond to Plaintiff via check made payable to the Law Office of Charles E. McElvenny IOLTA

 **IT IS SO ORDERED.**

DATED: 12/10/2021

                      _____
                      Sharon Johnson Coleman
                      United States District Judge