IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shenzhen Dejiayun Network Technology Co., Ltd., a Chinese Corporation | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 21-cv-04249<br>) |
| v. | ) Judge Sharon J. Coleman |
| The Partnerships And Unincorporated Associations Identified On Schedule "A" | )<br>) Magistrate Judge Young B. Kim<br>)<br>) |
| Defendants. | )<br>) |

**<u>AMENDED ORDER RELEASING PLAINTIFFS' PRELIMINARY INJUNCTION BOND</u>**

Pursuant to this Court's Temporary Restraining Order, issued on August 18, 2021 Plaintiffs posted a bond in the amount of $10,000.00, ten thousand dollars, to the Clerk of the United States District Court, Northern District of Illinois Eastern Division, on August 20, 2021. The bond was ordered to remain until the termination of this case pursuant to the Preliminary Injunction Order, issued on September 15, 2021.

Whereas the Preliminary Injunction Order expired contemporaneously with the dismissal of the last Defendant on November 29, 2021, the ten thousand dollar ($10,000) cash bond posted by Plaintiff, including any interest minus the registry fee, is hereby released to Plaintiff and its attorneys. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to Plaintiff's attorneys by check made out to the Law Office of Charles E. McElvenny IOLTA.

(Date and Signature on the Following Order)

**IT IS SO ORDERED.**

DATED: December 14, 2021

                                                  Sharon Johnson Coleman
                                                  United States District Judge